**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
vs.                                    CASE/CITATION NO. _3:15-mj-0036 CMK_

_Andrew Ray Thomas_        **ORDER TO PAY**

SOCIAL SECURITY #: ___ _____-158I_____
DATE OF BIRTH: ____ _____
DRIVER'S LICENSE #: ___ _____
ADDRESS: _____
         _____ _CA_  __1_  _____
         CITY        STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY
ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES
IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING
ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT
AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: _12-15-15_              _____
                              DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**
_5 years summary court probation._
[X] Fine: $ _1,975.00_ and a penalty assessment of $ _25.00_ for a TOTAL
AMOUNT OF: $ _2,000_ within _____ days/months; or payments of $ _100.00_ per
month, commencing _1-15-16_ and due on the _1st_ of each month until paid in
full. _Defendant is excluded from entering federal_
( ) Restitution: _lands for five years including_
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____
    _BLM, Whiskeytown; Park Service; USFS._

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to
(circle one):**

USDC                        CLERK, USDC            | CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA)  1130 O STREET, RM 5000  | 501 "I" STREET
POST OFFICE BOX 740026      FRESNO, CA  93721       | SACRAMENTO, CA  95814-2322
ATLANTA, GA  30374-0026

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure
your account is credited for payment received.

Date: _12-15-15_              _____
                              U.S. MAGISTRATE JUDGE

Clerk's Office

